FILED
2008 MAY 22 AM 11:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

JAMES WM. BRAVOS, ESQ.
State Bar No. 138097
2185 Sunset Cliffs Blvd.
San Diego, CA 92107
(619) 222-3504
Attorney for Plaintiff, Q-ELECTRIC LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v,<br><br>ZHIYAO ZHANG an individual; HIGH REV-POWER, LLC, a Texas Limited Liability Company; XATV USA, INC., a California Corporation; UNIQUE LOGISTICS INTERNATIONAL, INC., a Texas Corporation; WORLDLINK EXPRESS, INC., a Texas Corporation; JAMES CHOU, an individual; and DOES 1 - 100<br><br>Defendants. | Case No.: '08 CV 0910 JAH BLM<br><br>**COMPLAINT FOR TEMPORARY RESTRAINING ORDER; PRELIMINARY AND PERMANENT INJUNCTIONS AND DAMAGES** |

1. Plaintiff is and at all times mentioned herein was a Limited Liability Company duly existing under the laws of the State of California with its principal place of business in Encinitas, San Diego County, California.

2. ZHIYAO ZHANG is an individual and was listed as agent for service of process with the California Secretary of State for XATV USA, INC. with an address in San Diego, San Diego County, California.

3. HIGH REV POWER, LLC, is a Texas, Limited Liability

Company with an address of 1130 West N. Carrier Parkway, Grand Prairie, TX 75050.

4. XATV USA, INC., is a California Corporation with its principal place of business in San Diego, San Diego County, California.

5. UNIQUE LOGISTICS INTERNATIONAL, INC., is a Texas Corporation with a mailing address of 801 Hanover Drive Grapevine, TX 76051.

6. WORLDLINK EXPRESS, INC., is a Texas Corporation with a mailing address of 600 Evening Star Ct., TX 75063.

7. JAMES H. CHOU on information and belief is a resident of the State of Texas.

8. Plaintiff does not know the true names, capacities, or basis for liability of Defendants sued in this action as Does 1 through 100, inclusive, and will amend this complaint when the same is ascertained. At all relevant times each Defendant, including any Defendant fictitiously named, was acting as the agent, servant, employee, partner, or joint venturer of each other Defendant in doing the things alleged herein, and is responsible in some manner for the damages claimed herein by the Plaintiff.

GENERAL ALLEGATIONS

9. Paragraphs 1 though 8 are realleged as if fully set forth.

10. Plaintiff registered domain name XATVusa.com with around and about 2006.

11. At all material times herein, plaintiff has been and is engaged in the manufacture and interstate wholesale distribution

of motorized buggies under the trademark "XATVusa.com."

12. Plaintiff has used the trademark and images of its product which bears said trademark continuously since and prior to January 19, 2007 to identify its gas powered vehicles commonly referred as "dune buggies" or "buggies." In this connection, plaintiff uses its XATVUSA.COM trademark on the outer crank case of the engines of the vehicles and prominently in six (6) other places on the vehicles.

13. Plaintiff has been selling its vehicles to various retail outlets throughout the United States and the world.

14. Around and about October 26, 2007 through January 8, 2008, Plaintiff by letter, advised defendants of plaintiff's ownership of the trademark and the registration thereof, and requested defendants to immediately cease and desist use of the trademark and not to sell, encumber, or transfer goods bearing said trademark. Defendants have failed and refused, and continues to fail and refuse to comply with plaintiff's request.

15. Plaintiff is informed and believes and thereon alleges that as a proximate result of advantage accruing to defendant's business from plaintiff's nationwide advertising, sales, and consumer recognition, and as a proximate result of confusion or deception or mistake or a combination thereof caused by defendant's wrongful advertising and sale of its goods, as hereinabove alleged, bearing the name XATVUSA.COM and displaying the plaintiff' images, defendant has made substantial sales and profits in the approximate amount of $ 500,000.00.

16. Plaintiff is informed and believes and thereon alleges

that as a proximate result of advantage accruing to defendant's business from plaintiff's nationwide advertising, sales, and consumer recognition, and as a proximate result of confusion or deception or mistake or a combination thereof caused by defendant's wrongful advertising and sale of its goods, as hereinabove alleged, bearing the name XATVUSA.COM, plaintiff has been deprived of substantial sales of its vehicles in the approximate amount of $ 250,000.00, and has been deprived of the value of its trademark as a commercial asset, in the approximate amount of $ 1,000,000.00.

17. Plaintiff is informed and believes and thereon alleges that unless restrained by this Court, defendant will continue to infringe plaintiff's trademark, thus engendering a multiplicity of judicial proceedings, and pecuniary compensation will not afford plaintiff adequate relief for the damage to its trademark in public perception.

WHEREFORE, Plaintiff prays:

1. For an order requiring defendants to show cause, if they have any, why they should not be enjoined as set forth below, during the pendency of this action;

2. For a temporary restraining order, a preliminary injunction, and a permanent injunction, all enjoining defendants, and each of them, and their agents, servants, and employees, and all persons acting under, in concert with, or for them from:

(a) Using the name "XATVUSA.COM" or any of plaintiff's images depicting plaintiff's products connection with its internet websites and in connection with any of its

vehicles, dune buggies, or buggies for sale on said websites;

(b) Otherwise infringing plaintiff's trademark;

(c) Causing likelihood of confusion, deception, or mistake as to the source, nature, or quality of defendants' goods;

3. For an order directing defendants and each of them, to file with this court and serve on plaintiff within 30 days after service of an injunction, a report in writing under oath, setting forth in detail the manner and form in which defendants have complied with the injunction;

4. For an order requiring defendants and each of them to deliver up, take down, and destroy all infringing images posted on any and all websites used by defendants to sell said counterfeit products, and to take down any offers to sell any said counterfeit products thereon;

5. For all of defendants' profits derived from its infringement of plaintiff's trademark;

6. For three times the amount of plaintiff's actual damages caused by defendants's infringement of plaintiff's trademark;

7. For plaintiff's reasonable attorney's fees expended in this action;

8. For costs of suit incurred herein and,

9. For such other and further relief as this Court may deem just and proper

May 20, 2008

JAMES WM. BRAVOS, ESQ.

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Q-ELECTRIC LLC, a California Limited Liability Company

**DEFENDANTS** ZHIYAO ZHANG, an individual, AMDIALBAS,

FILED 2008 MAY 22

(b) County of Residence of First Listed Plaintiff San Diego, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Texas
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

BY KNH DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number) Jung-Lum Brewer 2185 Sunset Cliffs Blvd, SD CA 92107 (619) 222-3504

Attorneys (If Known)

'08 CV 0910 JAH BLM

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☒ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): TRADEMARK INFRINGEMENT 15 USC 1051

Brief description of cause: Defendants selling Plaintiffs trademarked products

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER

DATE 5/22/08 SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 151200 AMOUNT $350 APPLYING IFP KB 5/22/08 JUDGE MAG. JUDGE

ck

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 151200 - KD**

**May 22, 2008**
**11:17:15**

**Civ Fil Non-Pris**
USAO #.: 08CV0910
Judge..: JOHN A HOUSTON
Amount.: $350.00 CK
Check#.: BC 1108

**Total-> $350.00**

FROM: CIVIL FILING
Q-ELECTRIC, ET AL V.
ZHANG

AO 120 (Rev.3/04)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 08-cv-910 | 5/22/2008 | Southern District of California |

| PLAINTIFF | DEFENDANT |
|---|---|
| Q-Electric LLC | Zhiyao Zhang |

| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
|---|---|---|
| 1 See attached complaint | 6 | 11 |
| 2 | 7 | 12 |
| 3 | 8 | 13 |
| 4 | 9 | 14 |
| 5 | 10 | 15 |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
|---|---|---|
| 1 | 6 | 11 |
| 2 | 7 | 12 |
| 3 | 8 | 13 |
| 4 | 9 | 14 |
| 5 | 10 | 15 |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| W. Samuel Hamrick, Jr. | | |