Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAY 22 AM 11: 13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM DEPUTY

Q-ELECTRIC LLC, a California Limited Liability Company, Plaintiffs,

vs

ZHIYAO ZHANG, an individual; HIGH REV-POWER, LLC, a Texas Limited Liability Company; XATU USA, INC., a California Corporation; UNIQUE LOGISTICS INTERNATIONAL, INC., a Texas Corporation; WORLD LINK EXPRESS, INC., a Texas Corporation; JAMES H. CHOU, an individual; and DOES 1 - 100, Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0910 JAH BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY James Wm Bravos, ESQ
2185 Sunset Cliffs Blvd
San Diego, CA 92107
619 222-3504

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

MAY 22 2008
DATE

K. HAMMERLY

SEAL

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)