JAMES WM. BRAVOS, ESQ.
State Bar No. 138097
2185 Sunset Cliffs Blvd.
San Diego, CA 92107
(619) 222-3504

Attorney for Plaintiff, Q-ELECTRIC LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v,<br><br>ZHIYAO ZHANG an individual; HIGH REV-POWER, LLC, a Texas Limited Liability Company; XATV USA, INC., a California Corporation; UNIQUE LOGISTICS INTERNATIONAL, INC., a Texas Corporation; WORLDLINK EXPRESS, INC., a Texas Corporation; JAMES CHOU, an individual; and DOES 1 - 100<br><br>Defendants. | Case No.:08CV0910 JAH BLM<br><br>REQUEST FOR HEARING DATE TO ENTER DEFAULT JUDGMENT BY COURT |

TO: W. SAMUEL HAMRICK, JR., CLERK, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, Please set a hearing date for receiving evidence for the entry a default judgment against defendants, ZHIYAO ZHANG an individual, and, HIGH REV-POWER, LLC, a Texas Limited Liability Company; pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Please dismiss all other remaining defendants in the above-captioned action. Good Cause exists to set a prove up hearing against aforenamed defaulted

defendants.

July 25, 2008
San Diego, California

\S\ JAMES WM. BRAVOS, ESQ.
attorney for plaintiff